UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES CASTON | CIVIL ACTION |
| VERSUS | NO. 07-0051 |
| MURPHY ET AL. | SECTION "I" (2) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation,[1] hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Charles Caston are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this __24th__ day of _____May_____, 2007.

UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that on May 4, 2007, it received a document dated February 2, 2007, which purports to be a notice of appeal of a judgment entered by this Court on April 20, 2007. Rec. Doc. No. 8. No judgment was entered by this Court on April 20, 2007, and the Magistrate Judge's Findings and Recommendation was not submitted until May 2, 2007. Accordingly, while the clerk of court docketed this notice as an objection to the Magistrate's report, the Court finds that it is not an objection to the report.